CITY OF SANTA ANA
OFFICE OF THE CITY ATTORNEY
LAURA A. ROSSINI, SBN: 223471
ASSISTANT CITY ATTORNEY
CITY OF SANTA ANA
20 Civic Center Plaza, M-29
Post Office Box 1988
Santa Ana, CA 92702
Telephone: (714) 647-5201
Facsimile: (714) 647-6515
LRossini@santa-ana.org

DAVID P. LENHARDT, ESQ.; SBN: 59652
DANIEL J. KOLCZ, ESQ., SBN: 231279
**KINKLE, RODIGER & SPRIGGS**
A PROFESSIONAL CORPORATION
837 North Ross Street
Post Office Box 1558
Santa Ana, CA 92702
Telephone (714) 835-9011
Facsimile: (714) 667-7806
DLenhardt@krs-oc.com
DKolcz@krs-oc.com

Attorneys for Defendants, CITY OF SANTA ANA and SERGIO ENRIQUEZ

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKI-BLUE CHRISTIAN<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SANTA ANA; SERGIO ENRIQUEZ; and DOES 2-10, inclusive,<br><br>　　　　Defendants. | **SACV11-0222 JVS (MLGx)**<br><br>**ORDER ON STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**ORDER ON STIPULATED DISMISSAL WITH PREJUDICE**

IT IS HEREBY ORDERED, that the Complaint and First Amended Complaint of, NIKI-BLUE CHRISTIAN ("Plaintiff") in USDC case no. CV11-0222 JVS (MLGx) are hereby dismissed in their entirety, with prejudice.

IT IS SO ORDERED.

Dated:  January 30, 2012    _____
　　　　　　　　　　　　　　　Hon. James V. Selna
　　　　　　　　　　　　　　　United States District Judge

-2-

SACV 11-0222-JVS (MLGx)
ORDER ON STIPULATED DISMISSAL WITH
PREJUDICE RE: SERGIO ENRIQUEZ